WYANDANK PHARAOH, as Chief of the Montauk Tribe of Indians, Appellant, *v.* JANE A. BENSON et al., as Executrices of ARTHUR W. BENSON, Deceased, et al., Respondents.

*Pharaoh* v. *Benson,* 164 App. Div. 51, affirmed.

(Argued January 15, 1918; decided January 29, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 23, 1914, unanimously affirming a judgment in favor of defendants entered upon a decision of the court on trial at Special Term. The complaint

demanded judgment declaring that plaintiff is the chief of the Montauk tribe of Indians; that said tribe is an existing Indian tribe, and entitled to possess and enjoy certain rights in real property, and that certain deeds made by Wyandank, Mariah Pharaoh and George Fowler, Charles Fowler and Sarah Fowler, Ephraim Pharaoh, and Ebenezer T. Pharaoh, are of no effect to convey away any of said tribal rights; enjoining any interference on the part of defendants therewith, and directing defendants to account for the rents and profits derived by the use of said rights since the giving of said deeds.

*Allen Caruthers* for appellant.

*Charles K. Carpenter, Alexander T. Mason* and *George C. Austin* for respondents.

Judgment affirmed without costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, MCLAUGHLIN and CRANE, JJ.